```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10623
   FREDRICK A GREEN
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-8344


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/29/2006 and was not confirmed.

      The case was transferred to Glenn Stearns, Trustee on 10/05/2006.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
AMERICAN HONDA FINANCE C   SECURED             16973.55         .00            .00
AMERICAN HONDA FINANCE C   UNSEC W/INTER     NOT FILED          .00            .00
NETBANK INC                CURRENT MORTG           .00          .00            .00
NETBANK INC                MORTGAGE ARRE     11543.00           .00            .00
CODILIS & ASSOCIATES ^     NOTICE ONLY       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSEC W/INTER       330.00           .00            .00
CITY OF CHICAGO PARKING    UNSEC W/INTER     NOT FILED          .00            .00
SPRINT PCS                 UNSEC W/INTER     NOT FILED          .00            .00
WEST ASSET MANAGEMENT      NOTICE ONLY       NOT FILED          .00            .00
ASSET ACCEPTANCE LLC       UNSEC W/INTER       247.07           .00            .00
ASSET ACCEPTANCE LLC       NOTICE ONLY       NOT FILED          .00            .00
TCF BANK                   UNSEC W/INTER     NOT FILED          .00            .00
AMERICAN COLLECTION        NOTICE ONLY       NOT FILED          .00            .00
US CELLULAR                UNSEC W/INTER     NOT FILED          .00            .00
ACCOUNT RECOVERY SERVICE   NOTICE ONLY       NOT FILED          .00            .00
ARROW FINANCIAL            UNSEC W/INTER     NOT FILED          .00            .00
ARROW FINANCIAL            NOTICE ONLY       NOT FILED          .00            .00
B-LINE LLC                 UNSEC W/INTER       180.33           .00            .00
TIMOTHY K LIOU             DEBTOR ATTY           .00                           .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                          .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                           ---------------      ---------------

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 10623 FREDRICK A GREEN
```

```
TOTALS                                              .00                      .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
   Dated: 01/29/07                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```