```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 10623
   FREDRICK A GREEN
                                                CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-8344
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/29/06 and confirmed on 11/17/06.

   2.  The case was dismissed after confirmation, 12/19/2008.

   3.  The Debtor paid a total of $  57592.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EVERHOME MORTGAGE CO | CURRENT MORTG | 48110.18 | .00 | 48110.18 |
| EVERHOME MORTGAGE CO | MORTGAGE ARRE | 11684.81 | .00 | 279.44 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 16973.55 | 1853.89 | 4664.23 |
| ARROW FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 330.00 | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 247.07 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 180.33 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 76768.54 | .00 | 757.40 | .00 | 77525.94 |
| PRINCIPAL PAID | 53053.85 | .00 | .00 | .00 | 53053.85 |
| INTEREST PAID | 1853.89 | .00 | .00 | .00 | 1853.89 |
| TOTAL PAID | 54907.74 | .00 | .00 | .00 | 54907.74 |

The Debtor's attorney, TIMOTHY K LIOU              , was allowed $   3000.00
and was paid $   2504.00  direct and $        .00  through the plan.

The Trustee received $    2684.26 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 06 B 10623 FREDRICK A GREEN
```